1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6940
7      Facsimile: (415) 436-7234
       E-mail: kirstin.ault@usdoj.gov
8
   Attorneys for United States of America
9

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,          )    No.  CR 10-0642 CRB
                                       )
15         Plaintiff,                  )
                                       )
16     v.                              )
                                       )
17  CHRISTOPHER NAPOLI,                )    UNITED STATES' SECOND MOTION
    DANIEL JOHNSON,                    )    FOR PROTECTIVE ORDER
18  SALVATORE LAMORTE,                 )
    STEVEN PAUL,                       )
19  JEFFREY ENTEL,                     )
        a/k/a "Yeury Amarante," "Jerry )
20      Amarante,"                     )
    JOSEPH CAROZZA,                    )
21  JEFFREY HERHOLZ,                   )
    DARRELL CREQUE,                    )
22  MICHAEL ARNOLD,                    )
        a/k/a"Mike Johnston,"          )
23  DIEGO PODOLSKY PAES,               )
        a/k/a "Juan Montes," and       )
24  DINO ANTONIONI,                    )
                                       )
25         Defendants.                 )
                                       )
26  _____)

27

28

1    The United States hereby moves the Court for protective order regarding the documents

2    and materials that will be produced as discovery in this matter.  The defendants are charged with

3    various drug trafficking and money laundering offenses arising out of their involvement in three

4    separate, but related, Internet pharmacy operations.  The documents and materials that the United

5    States intends to produce as discovery include several thousand pages of documents containing

6    personal and private information of the defendants and others.  Such materials include the

7    following categories of documents, among others: (1) records of financial accounts and

8    transactions conducted by the defendants and others not charged in the indictment; (2) credit card

9    information for customers of the defendants' Internet pharmacies; (3) medical information

10   regarding the Internet pharmacy customers; and (4) personal information for the defendants, their

11   financial associates, and the Internet pharmacy customers, such as dates of birth, addresses, social

12   security numbers, passport numbers, and driver's license numbers.  Because of the volume of

13   material, it is not practical to redact the private financial, medical and personal information prior

14   to production.  Moreover, because the private information is often important to understanding the

15   meaning and importance of the documents, redacting this information would, in many cases,

16   render the documents meaningless and unhelpful to the preparation of a defense.  Therefore, to

17   protect the privacy of the defendants, their associates, and the persons who were customers of the

18   internet pharmacies, the United States respectfully requests that the protective order attached

19   hereto as Exhibit 1 be entered in this case.

20   The United States has provided copies of this protective order to the defendants along

21   with a stipulation indicating their agreement that the order should be entered by the Court.

22   Counsel for defendant Arnold has represented that he has spoken to each defense counsel and

23   each counsel has agreed to entry of the protective order.  Counsel for the United States has not

24   yet received the signatures of each defense counsel on the stipulation regarding the order;

25   however, the Court has ordered the United States to submit the protective order for the Court's

26   signature today upon the representation of counsel for defendant Arnold that all defense counsel

27   ///

28   ///

1    agreed to entry of the order and the understanding that any counsel may raise objections to the

2    terms of the order at a later date.

3

4

5    DATED: October 6, 2010                      Respectfully submitted,

6                                                MELINDA HAAG
                                                 United States Attorney
7
                                                          /s
8                                                _____
9                                                KIRSTIN M. AULT
                                                 Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1

2

3

4

5

6

7

8

9

10                              UNITED STATES DISTRICT COURT

11                             NORTHERN DISTRICT OF CALIFORNIA

12                                 SAN FRANCISCO DIVISION

13

14    UNITED STATES OF AMERICA,              )        No. CR 10-0642 CRB
                                             )
15              Plaintiff,                   )
                                             )
16        v.                                 )        **[PROPOSED] PROTECTIVE ORDER**
                                             )
17    CHRISTOPHER NAPOLI,                     )
      DANIEL JOHNSON,                         )
18    SALVATORE LAMORTE,                      )
      STEVEN PAUL,                            )
19    JEFFREY ENTEL,                          )
          a/k/a "Yeury Amarante," "Jerry     )
20        Amarante,"                          )
      JOSEPH CAROZZA,                         )
21    JEFFREY HERHOLZ,                        )
      DARRELL CREQUE,                         )
22    MICHAEL ARNOLD,                         )
          a/k/a "Mike Johnston,"             )
23    DIEGO PODOLSKY PAES,                    )
          a/k/a "Juan Montes," and           )
24    DINO ANTONIONI,                         )
                                             )
25              Defendants.                   )
                                             )
26

27

28

Upon agreement of the parties, the Court finds that there is good cause to enter a protective order regarding the documents and materials that will be produced by the United States to the defense as discovery in this matter.  Therefore, the Court hereby ORDERS:

1.     Except when being actively examined for the purpose of the preparation of the defense in this matter, the documents and materials containing personal identifying information, private financial information, and private medical information of the defendants or third parties produced by the government to defense counsel ("private documents") shall be maintained in a manner such that they are accessible only to the defendants, defense counsel, employees of their law firms who are working with them to prepare the defense, and their investigators.  Defense counsel, members of their law firms, the defendants, and the investigators shall not permit any person access of any kind to the private documents or disclose in any manner the personal identifying and private financial and medical information of the defendants or of third parties except as set forth below.

2.     The following individuals may examine the documents and information related to the personal identifying and private financial and medical information of the defendants and third parties for the sole purpose of preparing the defense in this matter and for no other purpose:

a)     Counsel for the defendants;

b)     Employees of counsel for the defendants' law offices who are assisting with the preparation of the defense;

c)     The defendants;

d)     Third-party fact witnesses, but only in the presence of defense counsel or another authorized person listed in this paragraph;

e)     Investigators and experts retained by the defendants or their counsel to assist in the defense of this matter.

If defense counsel determine that additional persons are needed to review the material, they must obtain a further order of the Court before allowing any other individual to review the material.

3.     A copy of this order shall be maintained with the documents at all times.

4.     All individuals other than defense counsel and the defendants who receive access

to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that:

      a)     they have reviewed the Order;

      b)     they understand its contents;

      c)     they agree that they will only access the documents and information for the purposes of preparing a defense in this matter;

      d)     they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendants shall promptly file signed copies of the Order, *ex parte* and under seal.  The government shall have no access to these signed copies without further order of the Court.

     5.     No other person may be allowed to examine the material without further court order.  Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

     6.     Documents such as word processing files, e-mails, and other text or data files may be duplicated to the extent necessary to prepare the defense of this matter.

     7.     Any pleadings that reveal the personal identifying or private financial or medical information of the defendants or third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

     8.     If a defendant does not file an appeal, within 30 court days of the filing of the judgment and conviction or order dismissing all charges pertaining to that defendant, or, if a defendant files an appeal, within 30 court days of the issuance of the mandate from the appellate court as to that defendant, all private documents provided to the defendant pursuant to this Order, and all authorized copies, shall be returned to the Government or destroyed.  If any defendant believes that he or she must maintain the material for any other reason related to this legal

///

///

1   proceeding, including further appeal or other post-conviction relief, that defendant shall seek

2   authorization from the Court within the applicable 30-day period to further retain the material.

3

4

5   IT IS SO ORDERED.

6

7   Dated:  October 7, 2010

8                                                   HON. CHARLES R. BREYER

9                                                   United States D

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

The undersigned acknowledges that he or she

I.      reviewed the attached Protective Order;

ii.     understands its contents;

iii.    agrees not to disclose the private personal, financial or medical information of any of the defendants or third party disclosed in the documents that are produced by the United States as discovery in the matter of *United States v. Napoli, et al.*, CR 10-0642 CRB;

iv.     understands that failure to abide by this Order may result in sanctions by the United States District Court for the Northern District of California; and

v.      agrees to submit to the jurisdiction of the District Court for the punishment of any violations of the Order.

| NAME | SIGNATURE | DATE |
|------|-----------|------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |