1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CHRISTOPHER NAPOLI,<br>DANIEL JOHNSON,<br>SALVATORE LAMORTE,<br>STEVEN PAUL,<br>JEFFREY ENTEL,<br>    a/k/a "Yeury Amarante," "Jerry<br>    Amarante,"<br>JOSEPH CAROZZA,<br>JEFFREY HERHOLZ,<br>DARRELL CREQUE,<br>MICHAEL ARNOLD,<br>    a/k/a"Mike Johnston,"<br>DIEGO PODOLSKY PAES,<br>    a/k/a "Juan Montes," and<br>DINO ANTONIONI,<br><br>      Defendants. | No. CR 10-0642 CRB<br><br><br>[~~PROPOSED~~] **PROTECTIVE ORDER** |

1    Upon agreement of the parties, the Court finds that there is good cause to enter a
2  protective order regarding the documents and materials that will be produced by the United
3  States to the defense as discovery in this matter.  Therefore, the Court hereby ORDERS:

4    1.    Except when being actively examined for the purpose of the preparation of the
5  defense in this matter, the documents and materials containing personal identifying information,
6  private financial information, and private medical information of the defendants or third parties
7  produced by the government to defense counsel ("private documents") shall be maintained in a
8  manner such that they are accessible only to the defendants, defense counsel, employees of their
9  law firms who are working with them to prepare the defense, and their investigators.  Defense
10  counsel, members of their law firms, the defendants, and the investigators shall not permit any
11  person access of any kind to the private documents or disclose in any manner the personal
12  identifying and private financial and medical information of the defendants or of third parties
13  except as set forth below.

14    2.    The following individuals may examine the documents and information related to
15  the personal identifying and private financial and medical information of the defendants and third
16  parties for the sole purpose of preparing the defense in this matter and for no other purpose:

17        a)    Counsel for the defendants;
18        b)    Employees of counsel for the defendants' law offices who are assisting
19              with the preparation of the defense;
20        c)    The defendants;
21        d)    Third-party fact witnesses, but only in the presence of defense counsel or
22              another authorized person listed in this paragraph;
23        e)    Investigators and experts retained by the defendants or their counsel to
24              assist in the defense of this matter.
25  If defense counsel determine that additional persons are needed to review the material, they must
26  obtain a further order of the Court before allowing any other individual to review the material.

27    3.    A copy of this order shall be maintained with the documents at all times.
28    4.    All individuals other than defense counsel and the defendants who receive access

to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that:

        a)      they have reviewed the Order;

        b)      they understand its contents;

        c)      they agree that they will only access the documents and information for the purposes of preparing a defense in this matter;

        d)      they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendants shall promptly file signed copies of the Order, *ex parte* and under seal.  The government shall have no access to these signed copies without further order of the Court.

       5.      No other person may be allowed to examine the material without further court order.  Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

       6.      Documents such as word processing files, e-mails, and other text or data files may be duplicated to the extent necessary to prepare the defense of this matter.

       7.      Any pleadings that reveal the personal identifying or private financial or medical information of the defendants or third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

       8.      If a defendant does not file an appeal, within 30 court days of the filing of the judgment and conviction or order dismissing all charges pertaining to that defendant, or, if a defendant files an appeal, within 30 court days of the issuance of the mandate from the appellate court as to that defendant, all private documents provided to the defendant pursuant to this Order, and all authorized copies, shall be returned to the Government or destroyed.  If any defendant believes that he or she must maintain the material for any other reason related to this legal

///

///

1   proceeding, including further appeal or other post-conviction relief, that defendant shall seek

2   authorization from the Court within the applicable 30-day period to further retain the material.

3

4

5   IT IS SO ORDERED.

6

7   Dated:  October 7, 2010

8                                                    HON. CHARLES R. BREYER
                                                     United States D
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

2    The undersigned acknowledges that he or she

3         I.      reviewed the attached Protective Order;

4         ii.     understands its contents;

5         iii.    agrees not to disclose the private personal, financial or medical
                  information of any of the defendants or third party disclosed in the
6                 documents that are produced by the United States as discovery in the
                  matter of *United States v. Napoli, et al.*, CR 10-0642 CRB;

7

8         iv.     understands that failure to abide by this Order may result in sanctions by
                  the United States District Court for the Northern District of California; and

9         v.      agrees to submit to the jurisdiction of the District Court for the punishment
                  of any violations of the Order.

10

11   NAME                        SIGNATURE                    DATE

12   _____       _____        _____

13   _____       _____        _____

14   _____       _____        _____

15   _____       _____        _____

16   _____       _____        _____

17   _____       _____        _____

18   _____       _____        _____

19   _____       _____        _____

20   _____       _____        _____

21   _____       _____        _____

22   _____       _____        _____

23   _____       _____        _____

24   _____       _____        _____

25   _____       _____        _____

26   _____       _____        _____

27   _____       _____        _____

28