CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant CHRIS NAPOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-0642 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | [~~PROPOSED~~] **ORDER** |
| v. | ) | **ALLOWING TRAVEL** |
| | ) | |
| CHRIS NAPOLI et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Chris Napoli owns and operates a music and dance studio. On October 16, 2010, Tony Harnell is performing in a small venue, the Rockwood Music Hall in York City. Napoli's attendance at that performance will allow him analyze Harnell's vocals and performance style and use that information for the benefit of both the music teachers employed by his school and students enrolled there. ..

Accordingly, and upon the agreement of the parties, IT IS HEREBY ORDERED THAT:

    Chris Napoli may leave his home at 5:00 pm on October 16, 2010, travel to New York to attend the performance and return home by midnight on October 16, 2010.

Date: October 7, 2010                            /s/Christopher Cannon
                                                                Christopher J. Cannon
                                                                Attorney for Chris Napoli

/
/

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR 10-0642 CRB

Date: October 7, 2010

Kirstin Ault
Assistant United States Attorney

SO ORDERED.

Date: 10/15/10

Joseph C. Spero for The Honorable Bernard Zimmerman
United States Magistrate Judge

*Judge Joseph C. Spero*

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-10-0642 CRB