**UNITED STATES DISTRICT COURT**   **THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**   Courtroom Clerk: Barbara Espinoza

**CRIMINAL MINUTES**   Time: 20 minutes

Date: **November 3, 2010**

Reporter: Sarah Goekler

Case No: CR -10-0642 - CRB   **DEFT: CHRISTOPHER NAPOLI, DANIEL JOHNSON, SALVATORE LAMORTE** (not present)**, JEFFREY ENTEL, JOSEPH CAROZZA, JEFFREY HERHOLZ, DARRELL CREQUE, MICHAEL ARNOLD, DINO ANTONIONI**
(X)Present

AUSA: Kirsten Ault   DEF ATTY: Chris Cannon, Duvina Pujari, Victor Afanador, Ismail Ramsey, Josh Cohen, Seth Chazin, Geoffrey Rotwein, Edward Swanson, Michael Shepard

USPO:
Interpreter:

**REASON FOR HEARING**   Status Conference

**RESULT**   All motions to dismiss to be heard on the same date, motions to dismiss currently set for 11/10/2010 are continued. Future appearances of all defendants' presence are waived with the exception of Michael Arnold. Salvatore Lamorte presence waived at this hearing but is to schedule a date to appear before this court. Counsel to workout briefing schedule on the motions to dismiss.

Motions to be filed no later than 11/17/2010; opposition no later than 11/24/2010

**Case Continued to** November 30, 2010 @ 2;15 p.m. **for** Motions to Dismiss

**JUDGMENT**

Notes:   Michael Arnold remanded to custody