MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6940
    Facsimile: (415) 436- 7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 10-0642 CRB |
|     Plaintiff, ) | UNITED STATES' UNOPPOSED MOTION TO TAKE OFF CALENDAR DEFENDANT'S MOTION FOR TRANSFER UNDER RULE 21(B) AND FOR SEVERANCE OF DEFENDANTS AND/OR COUNTS AND [PROPOSED] ORDER |
| v. ) | |
| CHRISTOPHER NAPOLI, et al. ) | |
|     Defendants. ) | |

The United States requests that the Defendant's Motion for Transfer Under Rule 21(b) and For Severance of Defendants and/or Counts (hereinafter "Transfer Motion") be taken off calendar so that the parties may have an opportunity to meet and confer regarding an appropriate date for hearing on this matter. On November 3, 2010, all parties in this matter appeared before the Court for an initial appearance. At that hearing, the United States requested that court set a schedule for the filing and hearing of motions in the case. The Court ordered the parties to meet and confer regarding a motions schedule and to file a proposed schedule with the Court. On or about November 16, 2010, counsel for defendant Napoli filed the Transfer Motion, setting the hearing date for November 30, 2010. Defense counsel did not contact counsel for the United

MOT. TAKE OFF CALENDAR
CR 10-0642 CRB

Case3:10-cr-00642-CRB   Document139   Filed11/29/10   Page2 of 2

States to discuss a briefing schedule or hearing date prior to filing the Transfer Motion. Counsel for the United States has been in contact with counsel for the defendant to discuss a briefing schedule and hearing date for the Transfer Motion. Defense counsel has no objection to taking this matter off calendar so long as the matter is heard before significant resources are expended litigating the case in this district. All parties in the case have arranged to meet and confer regarding motions dates on Monday, November 29, 2010. The United States respectfully requests that the Transfer Motion be taken off calendar until such time as the parties have had an opportunity to meet and confer regarding a briefing schedule and hearing date.

DATED: November 24, 2010                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                                /s
                                            _____
                                            KIRSTIN M. AULT
                                            Assistant United States Attorney

### [PROPOSED] ORDER

The hearing date of November 30, 2010, for Defendant Napoli's Motion for Transfer Under Rule 21(b) and for Severance of Defendants and/or Counts is here by VACATED. The parties are ORDERED to meet and confer regarding a briefing schedule and proposed hearing date.

                                            IT IS SO ORDERED.

Signed: November 29, 2010
                                            _____
                                            HON. CHARLES R. BREYER
                                            United States District Court



MOT. TAKE OFF CALENDAR
CR 10-0642 CRB                    2