CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRIS NAPOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-0642 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | [~~PROPOSED~~] **ORDER** |
| v. | ) | **ALLOWING TRAVEL** |
| | ) | |
| CHRIS NAPOLI et al., | ) | |
| | ) | |
| Defendant. | ) | |

Chris Napoli owns and operates a music and dance studio. He his business requires him to travel within Pennsylvania, Delaware, New York and New Jersey. His pretrial services officer has suggested that he be allowed to travel within those 4 states, for business reasons, upon notice to and approval from his pretrial service officer, without a specific court order each time. Accordingly, and upon the agreement of the parties, IT IS HEREBY ORDERED THAT:

Chris Napoli may travel for business in Pennsylvania, Delaware, New York and New Jersey upon notice to and approval from his pretrial services officer.

Date: June 4, 2011              /s/Christopher Cannon
                                Christopher J. Cannon
                                Attorney for Chris Napoli

/
/
/
/

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR 10-0642 CRB

Page 1 of 2

1  /
2  /
3  /
4  /
5  /
   Date: June 8, 2011
6                                              _____
                                               Kirstin Ault
7                                              Assistant United States Attorney

8       SO ORDERED.
9  Date: June 13, 2011                         _____
10                                             The Honorable Bernard Zimmerman
                                               United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR 10-0642 CRB

Page 2 of 2