| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: Barbara Espinoza |
| **CRIMINAL MINUTES** | Time: 34 minutes |

Date: **August 24, 2011**

Reporter: Jim Yeomans

| | |
|---|---|
| Case No: CR-10-0642 CRB | **DEFT: CHRISTOPHER NAPOLI, DANIEL JOHNSON, JEFFREY ENTEL, JOSEPH CAROZZA, JEFFREY HERHOLZ, DINO ANTONIONI,** <br>   (X)Presence Waived <br> **SALVATORE LAMORTE, MICHAEL ARNOLD DARRELL CREQUE** (X) Present |
| AUSA: Kirstin Ault | DEF ATTY: C. Cannon, D. Pujari, A. Gugelman for I. Ramsey, J. Cohen, S. Chazin, M. Shepard, V. Afanador, A. Gugelman for E. Swanson, G. Rotwein |

**REASON FOR HEARING**                    **RESULT**

D's Motion to Dismiss                    Denied

Government's designation of 404b evidence due by 9/30/2011. Time excluded due to the complexity of the case.

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**[X] Defendant Michael Arnold remanded to custody.**

Notes:  Court takes notice that M. Arnold objects to exclusion of time.