CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRIS NAPOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0642 CRB |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | [PROPOSED] **ORDER** |
| v. ) | **ALLOWING TRAVEL** |
| ) | |
| CHRIS NAPOLI et al., ) | |
| ) | |
| Defendant. ) | |

Chris Napoli and his family wish to travel to Disneyworld for a brief spring vacation. His pretrial services officer has approved the trip. Accordingly, and upon the agreement of the parties, IT IS HEREBY ORDERED THAT:

Chris Napoli may travel for to Disney World, Florida, on March 16, 2012 returning to Pennsylvania on March 19, 2012. Prior to his departure, he shall provide his specific itinerary to his pretrial services officer.

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR 10-0642 CRB

Page 1 of 2

| | | |
|---|---|---|
| 1 | Date: March 9, 2012 | /s/ |
| 2 | | Christopher J. Cannon<br>Attorney for Chris Napoli |
| 3 | | |
| 4 | Date: March 9, 2012 | /s/ |
| 5 | | Kirsten Ault<br>Assistant United States Attorney |

**SO ORDERED.**

Date: 13 March '12

[signature]

The Honorable Bernard Zimmerman
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR 10-0642 CRB