1 MELINDA HAAG (CABN 132612)
United States Attorney
2
MIRANDA KANE (CABN 150630)
3 Acting Chief, Criminal Division

4 KIRSTIN M. AULT (CABN 206052)
TRACIE BROWN (CABN 184339)
5 Assistant United States Attorneys

6    450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
7    Telephone: (415) 436-6940
   Facsimile: (415) 436-7234
8    E-mail:   kirstin.ault@usdoj.gov
               tracie.brown@usdoj.gov
9

10 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0642 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION REGARDING DRAFT SUMMARIES** |
| v. | ) | |
| CHRISTOPHER NAPOLI, DANIEL JOHNSON, and JOSEPH CAROZZA | ) ) ) | Trial Date: June 18, 2012<br>Time: 8:30 a.m.<br>Court: Courtroom No. 8<br>Hon. Charles R. Breyer |
| Defendants. | ) ) | |

     The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, and Kirstin M. Ault and Tracie Brown, Assistant United States Attorneys for said District, and Christopher Napoli, by and through his counsel of record Christopher Cannon, Daniel Johnson, by and through his counsel of record, Martin Sabelli, and Joseph Carozza, by and through his counsel of record Josh Cohen, hereby agree and stipulate to the following:

     The United States has agreed to provide draft copies of summaries of voluminous evidence that may be introduced at trial in this matter.

All parties agree that the draft summaries may contain errors, including but not limited to: transcription or transposition of numbers, misidentification of accounts or individuals, incorrect dates, times or amounts of transfers, deposits, withdrawals or other transactions, incorrect identification of transferors or transferees, and mistranslation of foreign records. All parties agree that the draft summaries prepared by the United States will not be used in any manner to impeach the final summaries introduced at trial. Further, all parties agree that the draft summaries will not be used by the defense to question or cross-examine any witness at any hearing or trial concerning the content or preparation of the summaries or to impeach the witness in any way.

STIPULATED:

DATE: 5/23/12

/s/
KIRSTIN M. AULT
TRACIE BROWN
Assistant United States Attorneys

DATE: 5/22/12

/s/
CHRISTOPHER CANNON
Attorney for Christopher Napoli

DATE: 5/22/12

/s/
MARTIN SABELLI
Attorney for Daniel Johnson

DATE: 5/21/12

/s/
JOSH COHEN
Attorney for Joseph Carozza

IT IS SO ORDERED:

HON. CHARLES R. BREYER
United States District Judge

STIPULATION RE: DRAFT SUMMARIES
CR 10-0642 CRB

2